IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

WENFANG LIU,

                Plaintiff,                      ORDER

   v.

                                                   09-cv-500-vis

TIMOTHY MUND,

                Defendant.

---

      In this case, plaintiff WenFang Liu seeks to enforce the provisions of an I-864 Affidavit of Support under which defendant Timothy Mund agreed to maintain plaintiff at an income of at least 125% of the federal poverty guidelines. On January 22, 2010, I stayed the case pending the appointment of counsel.

      Timothy Burns, Lissa Koop and Autumn Nero, members of the Wisconsin Bar, have agreed to represent plaintiff, with the understanding that they will serve with no guarantee of compensation for their services. It is this court's intention that the appointment of these attorneys to represent plaintiff extend to proceedings in this court only. "Proceedings in this court" include all matters leading up to a final judgment on the merits, the filing of a Notice of Appeal, if appropriate, and ensuring that all steps are taken to transfer the record to the Court of Appeals for the Seventh Circuit.

      Also, I must stress that because I am appointing counsel to represent plaintiff, she may no longer communicate directly with the court about matters pertaining to her case. She must work directly with her lawyers and permit them to exercise their professional judgment to determine which matters are appropriate to bring to the court's attention and in what form. Plaintiff will not have the right to compel counsel to raise frivolous arguments or to follow every directive she

makes. She should be prepared to accept the strategic decisions made by her lawyers even if she disagrees with some of them, and she should understand that it is unlikely that this court will appoint another lawyer to represent her should plaintiff choose not to work with these lawyers.

## ORDER

It is ORDERED that:

(1) Timothy Burns, Lissa Koop and Autumn Nero are appointed to represent plaintiff in this case;

(2) All proceedings in this case are STAYED pending a status conference, at which time a new schedule will be set for moving this case to resolution.

Entered this 12th day of March, 2010.

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge

2