IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

WENFANG LIU,

            Plaintiff,            JUDGMENT IN A CIVIL CASE

v.                                      Case No. 09-cv-500-wmc

TIMOTHY MUND,

            Defendant.

---

This action came on for an evidentiary hearing on February 22, 2011. Based on the factual findings and reasons set forth in open court, as well as the court's earlier decisions on summary judgment (dkt. # 65) and motion for reconsideration (dkt. #82),

**IT IS ORDERED AND ADJUDGED** that final judgment is entered in favor of plaintiff against defendant in the total amount of $15,016.14.

Approved as to form this 23rd day of February, 2011.

_____
William M. Conley, District Judge

_____           2/23/11
Peter Oppeneer, Clerk of Court           Date