## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

WENFANG LIU,

        Plaintiff,

v.

TIMOTHY MUND,

        Defendant.

AMENDED JUDGMENT
IN A CIVIL CASE

09-cv-500-wmc

---

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff Wenfang Liu against defendant Timothy Mund in the amount of $49,290.32.

_____
Peter Oppeneer, Clerk of Court

_____10/2/12_____
Date