IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

WENFANG LIU,

           Plaintiff,

   v.

TIMOTHY MUND,

           Defendant.

ORDER

09-cv-500-wmc

---

On October 18, 2012, this court entered an order in response to a motion for clarification by the plaintiff, Wenfang Liu, explaining that neither the court nor its personnel are authorized or permitted to provide her with legal advice regarding this case. To curb Liu's long-standing practice of subjecting clerk's office personnel with repeated demands for legal advice, the court ordered further that "*all* future communications between the plaintiff [Wenfang Liu] with this court, including its clerk's office, must be *in* writing only."

Since the October 18, 2012, order was entered, plaintiff has disregarded its instructions by continuing to call and visit the clerk's office in person, quarreling with and attempting to contact other court personnel, and interfering with the orderly administration of the court's other cases. Recently, plaintiff had to be removed from the

1

clerk's office by court security officers and United States Marshals because of her agitated, hostile behavior, which disrupted operations for more than an hour.

Plaintiff's refusal to limit her communications with the court to written motions as instructed by the October 18, 2012, order persuades the court that additional restrictions are necessary to ensure that plaintiff's pattern of histrionic behavior does not continue to disrupt the administrative functions performed by the clerk's office and the efforts by court security officers to keep the courthouse safe for court personnel and other litigants.

ORDER

IT IS ORDERED that all future communications between the plaintiff Wenfang Liu and this court, including the clerk's office, must be in writing only, preferably in the form of a properly styled, written motion. She may submit correspondence and written motions by regular mail, by providing a copy to court security officers at the security desk on the first floor of the courthouse, or through CM/ECF. Plaintiff may not call or visit the clerk's office in person for any reason. She is also barred from the courthouse generally except for formal court proceedings upon the express consent of this court. Violations of this order or further disruptive behavior by plaintiff will result in sanctions, including monetary penalties.

Entered this 30th day of October, 2012.

BY THE COURT:

WILLIAM M. CONLEY
District Judge

2