## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

WENFANG LIU,

       Plaintiff,

    v.

TIMOTHY MUND,

      Defendant.

ORDER

09-cv-500-wmc

On March 16, 2016, plaintiff Liu Wen Fang filed a motion requesting that defendant Timothy Mund be ordered to pay an additional $12 each month, beginning in February 2016, in order to comply with the judgment in this case requiring him to make monthly or bi-weekly payment to plaintiff in the amount of 125% of the federal poverty line. Mund responded, stating that he had not realized the federal poverty guidelines increased in February 2016 and that he has adjusted his payments to Liu to reflect the increased amount. Accordingly, because it appears Liu's concerns have been resolved and no action is required by the court at this time, Liu's motion is DENIED AS MOOT.

Entered this 18th day of April, 2016.

BY THE COURT:

/s/

_____

WILLIAM M. CONLEY
District Judge

1