IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

WENFANG LIU,

          Plaintiff,

    v.

TIMOTHY MUND,

          Defendant.

ORDER

09-cv-500-wmc

---

On October 27, 2020, plaintiff Wen Fang Liu filed a motion requesting that defendant Timothy Mund be ordered to electronically deposit monthly payments to her Chase bank account. (Dkt. #179.) Mund responded that he would be willing to make future payments electronically to her Chase bank account, but that it would be difficult for him to make monthly payments and would prefer to continue making bi-monthly payments. In reply, Liu agreed that Mund can make bi-weekly payments each month through an electronic transfer directly to her Chase bank account. Since the parties are in agreement as to how Mund will make future payments, Liu's motion is DENIED as moot.

    SO ORDERED.

    Entered this 18th day of December, 2020.

                                      BY THE COURT:

                                      /s/

                                      WILLIAM M. CONLEY
                                      District Judge